IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LABORATORY CHARTER SCHOOL | : | CIVIL ACTION |
| | : | |
| v. | : | No. 21-5538 |
| | : | |
| MRS, by and through her Parent, SS, and her Parent Individually | : : | |

### ORDER

AND NOW, this 20th day of July, 2023, upon consideration of each Party's Motion for Judgment on the Administrative Record (ECF Nos. 47 and 48), for the reasons stated in the accompanying Memorandum, it is hereby ORDERED the Motions are GRANTED IN PART and DENIED IN PART as follows:

- The December 14, 2021 Stay Put Order (ODR No. 25489-21-22) is AFFIRMED;

- The January 12, 2022 Final Decision and Order (ODR No. 25489-21-22) is AFFIRMED; and

- The June 28, 2022 Decision and Order (ODR No. 26014-21-22) is AFFIRMED.[1]

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.

---

[1] As Defendant M.R.S.'s counterclaims under Section 504 and the Americans with Disabilities Act remain, the Court will schedule a Rule 16 teleconference to put in place a case management order for these claims.