IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LABORATORY CHARTER SCHOOL | : | CIVIL ACTION |
| | : | |
| v. | : | No. 21-5538 |
| | : | |
| MRS, by and through her Parent, SS, and | : | |
| her Parent Individually | : | |

**<u>ORDER</u>**

AND NOW, this 27th day of November, 2023, upon consideration of both Plaintiff's and Defendants' Motions for Attorneys' Fees and Costs (ECF Nos. 64 and 65), Plaintiff's Motion to Defer, and the briefing on the motions, and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED:

- Plaintiff's Motion for Attorneys' Fees and Costs (ECF No. 65) is DENIED.

- Plaintiff's Motion to Defer (ECF No. 69) is DENIED.

- Defendants' Motion for Attorneys' Fees and Costs (ECF No. 64) is GRANTED in part and DENIED in part as follows: Defendants are awarded and Plaintiff is ordered to pay Defendants the sum of $294,022.63 in attorneys' fees and $535.10 in costs.

BY THE COURT:

<u>/s/ Juan R. Sánchez</u>
Juan R. Sánchez, C.J.