IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LABORATORY CHARTER SCHOOL | : | CIVIL ACTION |
| | : | |
| v. | : | No. 21-5538 |
| | : | |
| MRS, by and through her Parent, SS, and her Parent Individually | : : | |

**ORDER**

AND NOW, this 9th day of October, 2025, upon consideration of Defendants' Supplemental Motion for Award of Prevailing Party Attorneys' Fees and Costs (Dkt. No. 104), Plaintiff's Motion to Defer Ruling on the Defendants' Attorney Fee Petition, or in the Alternative, Allow an Additional 60 Days to File an Opposition (Dkt. No. 106), the briefing on the motions, and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED:

- Defendants' Motion for Attorneys' Fees and Costs (Dkt. No. 104) is GRANTED as follows: Defendants are awarded and Plaintiff is ordered to pay Defendants the sum of $469,723.10.

- Plaintiff's Motion to Defer (Dkt. No. 106) is DENIED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.